1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   STEPHANIE SHERIDAN  Bar No. 135910
2  ALISON WILLIAMS  Bar No.  251689
   STEPHANIE.SHERIDAN@SDMA.COM
3  ALISON.WILLIAMS@SDMA.COM
   One Market Plaza
4  Steuart Tower, 8th Floor
   San Francisco, California 94105
5  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
6
   Attorneys for Defendant
7  ANABOLIC INDUSTRIES

8
                    UNITED STATES DISTRICT COURT
9
                   EASTERN DISTRICT OF CALIFORNIA
10

11
   SAMUEL NICKEL, an individual; and          CASE NO. 2:09-cv-03035-JAM-EFB
12 DAVID ROBERTS, an individual; on
   behalf of themselves and all others similarly   **ORDER GRANTING DEFENDANT'S EX
13 situated,                                   PARTE APPLICATION FOR AN ORDER
                                               EXTENDING TIME FOR DEFENDANT TO
14          Plaintiffs,                         RESPOND TO COMPLAINT UNTIL
                                               JANUARY 6, 2010, OR ALTERNATIVELY,
15      v.                                      FOR AN ORDER PERMITTING A
                                               MOTION ON SHORTENED TIME**
16 ANABOLIC INDUSTRIES; and DOES 1
   through 50, inclusive,                       [Local Rule 144]
17
            Defendants.                         JUDGE:    Hon. John A. Mendez
18

19

20
        The Court has considered the *ex parte* application of defendant Anabolic Industries
21
   ("defendant") to extend time for defendant to respond to the complaint until January 6, 2010.
22
        The Court GRANTS the *ex parte* application and extends the time for the defendant's
23
   responsive filing to January 6, 2010, pursuant to Local Rule 144.
24
        IT IS SO ORDERED.
25
   DATED: _December 7, 2009
26
                                          /s/ John A. Mendez_____
                                            UNITED STATES DISTRICT JUDGE
27                                          EASTERN DISTRICT OF CALIFORNIA

28
                                         -1-
   [PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR AN ORDER
   EXTENDING TIME FOR DEFENDANT TO RESPOND. CASE NO. 2:09-cv-03035-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com