1  Gene J. Stonebarger, State Bar No. 209461
   Richard D. Lambert, State Bar No. 251148
2  STONEBARGER LAW
   A Professional Corporation
3  75 Iron Point Circle, Suite 145
   Folsom, CA 95630
4  Telephone: (916) 235-7140
   Facsimile: (916) 235-7141
5
6  Attorneys for Plaintiff and the Class
7
8                    UNITED STATES DISTRICT COURT
9                 EASTERN DISTRICT OF CALIFORNIA
10
11 SAMUEL NICKEL, an individual; and       )  CASE NO. 2:09-CV-03035-JAM-EFB
   DAVID ROBERTS, an individual; on behalf )
12 of themselves and all others similarly   )  **CLASS ACTION**
   situated,                                )
13                                          )  **ORDER AND STIPULATION OF**
                    Plaintiffs,             )  **DISMISSAL**
14                                          )
   vs.                                      )  **[Fed. R. Civ. P. 41(A)(1)]**
15                                          )
   ANABOLIC INDUSTRIES, a business entity   )
16 of unknown form; DAVID MCLOUGLIN, an     )
   individual; and DOES 1 through 50, inclusive )
17                                          )
                    Defendants.             )
18
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STONEBARGER LAW
A Professional Corporation

PDF created with pdfFactory trial version www.pdffactory.com

1    It is hereby stipulated and agreed by and between the plaintiffs, SAMUEL NICKEL and

2    DAVID ROBERTS and the defendants, ANABOLIC INDUSTRIES and DAVID

3    MCLOUGLIN, through their respective attorneys of record herein, that the individual claims of

4    Plaintiffs Samuel Nickel and David Roberts shall be DISMISSED WITH PREJUDICE and

5    without costs, and that the claims of the putative class members shall be DISMISSED

6    WITHOUT PREJUDICE and without costs.

7    IT IS SO STIPULATED.

8    Dated:  March 19, 2010                    STONEBARGER LAW, APC

9

10                                             By:  _/s/  Richard D. Lambert_____
11                                                  Richard D. Lambert
                                                  Attorneys for Plaintiff and the Class
12
13                                             SEDGWICK, DETERT, MORAN, &
                                               ARNOLD LLP
14
15                                             By:  _/s/  Alison Williams_____
                                                  Alison Williams
16                                                Attorneys for Defendant

17

18   IT IS SO ORDERED.

19   Dated:   March 22, 2010                   _/s/ John A. Mendez_____
20                                             Judge of the District Court

21

22

23

24

25

26

27

28

STONEBARGER LAW
A Professional Corporation

[PROPOSED] ORDER AND STIPULATION
OF DISMISSAL
Case No. 2:09-CV-03035-JAM-EFB

-2-

PDF created with pdfFactory trial version www.pdffactory.com

STONEBARGER LAW
A Professional Corporation

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and am employed in Sacramento County.  I am over the age of eighteen (18) years and not a party to this action; my business address is 75 Iron Point Circle, Suite 145, Folsom, California 95630.

On March 19, 2010, I caused the following document(s) to be served to each of the parties listed herein:

**[PROPOSED] ORDER AND STIPULATION OF DISMISSAL**

| | |
|---|---|
| Alison Williams<br>SEDGWICK, DETERT, MORAN, &<br>ARNOLD LLP<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, California 94105<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635 | alison.williams@sdma.com |

☒   **BY ELECTRONIC MAIL TRANSMISSION:**  A PDF format copy of such document(s) was sent by electronic mail transmission through the CM/ECF system to each such person at the e-mail address listed above.  The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Folsom, California, on March 19, 2010.

_____
Yvonne Sabolboro

PDF created with pdfFactory trial version www.pdffactory.com